FRANK STEPHON v. MARTHA JIRIK AND ANOTHER.[1]

December 20, 1929.

No. 27,576.

*Moonan & Moonan,* for appellant.
*Thomas H. Quinn,* for respondents.

PER CURIAM.

Plaintiff appeals from an order denying his motion for a new trial.

The only error assigned is that the court erred in denying a new trial on the ground of newly discovered evidence. On that point the case is ruled by the decision in State v. Upson, 162 Minn. 9, 201 N. W. 913. There was no abuse of discretion, and the order appealed from is affirmed.

[1]Reported in 228 N. W. 336.